# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER  3:22-cr-00145-JO |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Carey Alice Hernandez | Booking No.  N/A |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  **2/23/2022**

the Court entered the following order:

_____  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release.

_____  Defendant released on _____ Bond posted.

____☒____  Defendant appeared in Court.  FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

____☒____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case dismissed.

_____  Case dismissed, charges pending in case no.

_____  Defendant to be release to Pretrial Services for electronic monitoring.

_____  Other.

BARBARA L. MAJOR
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   N.  Peltier  x 7099

2/23/22
_____
Electronically Sent to USMS

**Read: 22-cr-145-JO Abstract**

Scott, Andrea (USMS)
on behalf of
CAS Releases

Wed 2/23/2022 2:55 PM

To: Natalie Peltier <Natalie_Peltier@casd.uscourts.gov>

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.