# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>CAREY ALICE HERNANDEZ,<br><br>                 Defendant. | Case No.: 22cr145-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On July 26, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 5, 2022, to October 14, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 37] and sets the Motion Hearing/Trial Setting on October 14, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Further, on March 1, 2022, Ms. Hernandez filed a pretrial motion that remains pending. Accordingly, the Court finds that time from March 1, 2022, to October 14, 2022, shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

//
//

The parties shall appear in person on October 14, 2022, at the motion hearing/trial setting and be prepared to explain the progress made on the complex discovery or their joint plan for timely completing discovery and setting trial.

IT IS SO ORDERED.

Dated: 7/27/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE