# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jinsook Ohta)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAREY ALICE HERNANDEZ,<br><br>Defendant. | Case No. 22-CR-145-JO<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO ALLOW OUT OF DISTRICT PERSONAL TRAVEL |

Based upon the joint motion of the parties (Doc. 59), and GOOD CAUSE appearing, it is hereby ordered that Defendant HERNANDEZ may travel cross country with her daughter from 8/27/23 through 9/10/23 for the reasons set forth therein.

IT IS FURTHER ORDERED that Defendant HERNANDEZ notify her U.S. Pretrial Services Officer, Lee Pierantoni, prior to her departure and within 24 hours of her return.

IT IS SO ORDERED:

Dated: 8/7/23

HON. JINSOOK OHTA
United States District Judge