# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jinsook Ohta)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAREY ALICE HERNANDEZ,<br><br>Defendant. | Case No. 22-CR-145-JO<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MOTION IN LIMINE HEARING AND FILING DEADLINE |

Based upon the joint motion of the parties, and GOOD CAUSE appearing, it is hereby ordered that the motion in limine hearing is continued from November 17, 2023, at 2 p.m. to February 2, 2024, at 2 pm. The motion in limine filing deadline is continued from November 3, 2023, to January 19, 2024.

Defendant shall file an acknowledgement of this new hearing date within 1 week.

IT IS SO ORDERED:

Dated: 11/1/23

HON. JINSOOK OHTA
Judge, United States District Court